# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02207-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

**ANDREW LAUD BARNETT**,

    Plaintiff,

v.

**T.K. (I) COZZA-RHODES**, Warden, in his individual and official capacities; and
**(I) SILVA**, S.I.S. Correctional Officer, in his individual and official capacities,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, a prisoner incarcerated at the Florence High U.S. Penitentiary, has submitted to the court a Complaint and a Motion and Affidavit for Leave to Proceed Under 28 U.S.C. 1915 complaining about his conditions of confinement (ECF No. 1).  As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) xx is missing authorization to calculate and disburse filing fee payments on proper form
(7) ___ is missing an original signature by the prisoner

(8)  XX  is not on proper form (must use the court's current form)
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx  other: Plaintiff may pay the filing fee of $400 in full in advance instead of submitting a properly supported 1915 motion and affidavit.

**Complaint, Petition or Application for Habeas Corpus Relief**:
(11) ___  is not submitted
(12) XX  is not on proper form (must use the court's current prisoner form)
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text
(17) XX  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___  other: _____.

Accordingly, it is

**ORDERED** that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

**FURTHER ORDERED** that Plaintiff shall obtain the court-approved forms for filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

**FURTHER ORDERED** that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED October 6, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge