IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02207-GPG

**ANDREW LAUD BARNETT**,

    Plaintiff,

v.

**T.K. (I) COZZA-RHODES**, Warden, in her individual and official capacities; and
**(I) SILVA**, S.I.S. Correctional Officer, in his individual and official capacities; and
**FEDERAL BUREAU OF PRISONS**,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate**  judge.

DATED November 13, 2015, at Denver, Colorado.

                                          BY THE COURT:

                                          S/ Gordon P. Gallagher

                                          Gordon P. Gallagher
                                          United States Magistrate Judge