IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02207-RBJ-CBS

ANDREW L. BARNETT,
    Plaintiff,
v.

THERESA COZZA-RHODES,
F. SILVA, and
FEDERAL BUREAU OF PRISONS,,
    Defendants.
_____

ORDER GRANTING MOTION TO RESTRICT ACCESS TO DOC. NO. 37
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Defendants' Motion for Order to Restrict Access to Exhibit 1 in the Response in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction.  No objection having been filed and the court having reviewed the Motion, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that Defendants' Motion (filed on January 16, 2016) (Doc. # 47) is GRANTED and Doc. # 37 shall remain restricted at Level 1.

    DATED at Denver, Colorado this 21st day of January, 2016.

                                         BY THE COURT:

                                          s/ Craig B. Shaffer
                                         United States Magistrate Judge