IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02207-RBJ-CBS | Date: February 10, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                  *Counsel:*

ANDREW LAUD BARNETT,                 *Pro se* (by phone)

Plaintiff,

v.

THERESA COZZA-RHODES, *et al.,*          Evan Brennan

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: STATUS CONFERENCE**
**Court in session: 09:02 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding pending referred motions.

**ORDERED:**  *[32] Plaintiff's First Request for Production of Documents and Admissions* is
**DENIED AS MOOT.**

The court will issue a written recommendation on Plaintiff's motions for Preliminary Injunction
[docs. 33, 45, and 46].  The court intends to recommend these motions be denied.

The court will place the Plaintiff on the list for *pro bono* counsel.

Statement from the Plaintiff regarding the need for a Preliminary Injunction.

The Defendants intend to file motions to dismiss and motion for summary judgment by
their deadline of February 18, 2016.

**ORDERED:**  A further Status Conference is set for **February 24, 2016 at 11:30 a.m.** to discuss
the Defendants' motions to dismiss and motion for summary judgment.  Plaintiff,
or his case manager, shall arrange for his participation via telephone and shall call
(303) 844-2117 at the scheduled time.

Discussion regarding exhaustion process.

Hearing Concluded.

**Court in recess: 09:29 a.m.**
Time in court: 00:27

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.